UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Raechelle Eventoff | : | CASE No.: 21-13060-mdc |
| Debtor | : | |

## ORDER

**AND NOW,** this ____ day of _____, 2022, pursuant to Section 1307(b) of the Bankruptcy Code, and after notice and hearing, and without opposition from the Chapter 13 Trustee, it is hereby

**ORDERED** that the Chapter 13 Bankruptcy Case filed in the above-captioned matter is **DISMISSED**.

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE